**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

**MAY - 1 2008**

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| DANIEL F. HO, | ) |
| ROY HO, | ) |
| UNIVERSITY OF NORTHERN VIRGINIA, INC., | ) |
| and | ) Case: 1:08-cv-00757 |
| EDUCATION DYNAMICS, INC. | ) Assigned To : Bates, John D. |
| | ) Assign. Date : 5/1/2008 |
| | ) Description: TRO/PI |
| Plaintiffs, | ) |
| v. | ) |
| STUDENT EXCHANGE VISITOR PROGRAM, | ) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) |
| and | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| Defendants. | ) |

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I, the undersigned, counsel of record for Daniel F. Ho, Roy Ho, Education Dynamics, Inc. ("EDI") and the University of Northern Virginia, Inc. ("UNVA") certify that to the best of my knowledge and belief, that EDI is wholly owned by Daniel F. Ho and that UNVA is 89 percent owned by EDI, and UNVA's remaining shares are outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Ronald M. Jacobs
(D.C. Bar No. 479842)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-8215
rmjacobs@venable.com
*Counsel for Plaintiffs*

May 1, 2008