# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL F. HO, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | C.A. No. 08-757 (JDB) |
| ) | |
| **STUDENT EXCHANGE VISITOR** ) | |
| **PROGRAM, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ONE-DAY CONSENT MOTION TO EXTEND

Pursuant Fed. R. Civ. P. 6(b)(1), defendants move this Court for a one-day enlargement of time to respond to plaintiffs' application for a preliminary injunction and to file a dispositive motion in this case. Defendants opposition and motion are due May 20, 2008. Plaintiffs' counsel has graciously consented to this motion.

Defendants request this brief extension of time for two primary reasons:

1.  Undersigned counsel primarily assigned to this case had planned to attend her daughter's marriage ceremony on May 23, 2008. However, her daughter rescheduled the civil ceremony to May 16, 2008. For this reason, counsel was unexpectedly out of the office from Thursday, May 15, 2008, to Monday, May 19, 2008.

2.  On May 20, 2008, undersigned counsel primarily assigned to this case was required to attend the deposition of defendant's expert witness in Sanders v. United States, C.A. No. 07-1169 (D.D.C.), in Annapolis, Maryland. Therefore, counsel was unable to complete defendants' filings and obtain supervisory review before the close of business on their due date.

Accordingly, defendants respectfully request a one-day enlargement of time to file defendants' opposition to plaintiff's application for a preliminary injunction and a dispositive

motion in this case.

                                            Respectfully submitted,

                                            __/s/_____
                                            JEFFREY A. TAYLOR , D.C. Bar # 498610
                                            United States Attorney

                                            __/s/_____
                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                                            Assistant United States Attorney

                                            __/s/_____
                                            CLAIRE WHITAKER, D.C. Bar # 354530
                                            Assistant United States Attorney
                                            United States Attorneys Office
                                            Civil Division
                                            555 4th Street, N.W., Room E-4204
                                            Washington, D.C. 20530
                                            (202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL F. HO, et al.,** | ) |
| | ) |
|        **Plaintiffs,** | ) |
| | ) |
|       v. | )   C.A. No. 08-757 (JDB) |
| | ) |
| **STUDENT EXCHANGE VISITOR** | ) |
| **PROGRAM, et al.** | ) |
| | ) |
|        **Defendants.** | ) |
| _____ | ) |

## ORDER

Upon consideration of defendants' consent motion to extend time and for good cause shown, it is this _____ day of _____, 2008

ORDERED, that defendants' motion is granted. Defendants' opposition to plaintiffs' application for preliminary injunction and dispositive motion are now due on May 21, 2008.

_____
UNITED STATES DISTRICT JUDGE