**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DANIEL F. HO., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-757 (JDB) |
| | ) | |
| STUDENT AND EXCHANGE | ) | |
| VISITOR PROGRAM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' MOTION TO CONVERT ITS**
**MOTION FOR A TEMPORARY RESTRAINING ORDER**
**AND/OR A PRELIMINARY INJUNCTION**
**TO A MOTION FOR SUMMARY JUDGMENT**

In order to streamline this litigation and avoid burdening the Court with duplicative brief-

ing, Plaintiffs hereby request the Court issue an order converting Plaintiffs' Motion for a Tempo-

rary Restraining Order and/or a Preliminary Injunction into Plaintiffs' Cross-Motion for Sum-

mary Judgment pursuant to Red. R. Civ. P. 56. As the D.C. Circuit has noted:

> Normally, when a party seeks a preliminary injunction in district court the district
> judge properly balances the likelihood of the plaintiff prevailing on the merits
> against the severity of the injury the plaintiff will suffer if relief is denied. But that
> procedure assumes that the district judge will be obliged to make a decision be-
> fore the complete case is presented – before all evidence is submitted.

*American Bioscience, Inc. v. Thompson*, 269 F.3d 1077, 1083 (D.C. Cir. 2002). However, "when

a party seeks review of agency action under the APA, the district judge sits as an appellate tribu-

nal[, and] [t]he 'entire case' on review is a question of law." *Id.* (citing cases explaining confla-

tion of stages in a case brought under the APA).

Thus, because Defendants have filed an agency record,[1] and have themselves moved for Summary Judgment, it is appropriate for the Court to treat Plaintiffs' Memorandum in Support of Motion for a Temporary Restraining Order and/or a Preliminary Injunction filed on May 1, 2008 as a Memorandum in Support of Plaintiffs' Cross-Motion for Summary Judgment. *See National Assoc. of Manufacturers v. Taylor*, __ F. Supp. 2d __, 2008 WL 1390606 *1 (D.D.C. April 11, 2008) ("The parties and the Court thereafter agreed to convert the NA's Motion for a Preliminary Injunction into a decision on the merits, with the NAM's Preliminary Injunction application serving as its opening brief."); *see also University Med. Center of S. Nevada v. Shalala*, 173 F.3d 438, 440 n.3 (D.C. Cir. 1999) (holding that in APA cases there is no real distinction between motions for judgment on the pleadings or a motion for summary judgment because it is resolved on the agency record in both stages of litigation). Moreover, Plaintiffs will file a Statement of Material Facts Not in Dispute with their Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss or for  Summary Judgment and Reply Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction or Summary Judgment that will be filed today.

Plaintiffs have spoken with opposing counsel about this motion. Opposing counsel voiced no opinion on the motion, but requested adequate time under the rules to respond. Specifically, she requested 14 days to respond to a dispositive motion. Because Defendants have already responded to the Motion for a Temporary Restraining Order and/or Motion for Preliminary Injunction, Plaintiffs oppose providing Defendant with additional time to file a brief. Plaintiff's have the opportunity to file a reply brief to Plaintiffs' opposition to Defendants' Motion to Dismiss or for Summary Judgment, which is due June 9, 2008, which should be sufficient opportunity to

---

[1] By separate motion, Plaintiffs seek to have enlarged by separate motion to include documents that were before SEVP, which Plaintiffs submitted to the Court with their Motion for Temporary Restraining Order and/or Preliminary Injunction

address any outstanding issues. Plaintiffs welcome the opportunity to have a brief scheduling conference if it would assist the Court with this motion.

Respectfully submitted,

/s/ Ronald M. Jacobs
Ronald M. Jacobs
   (D.C. Bar No. 479842)
   (202) 344-8215
   rmjacobs@venable.com
D. Edward Wilson, Jr.
   (D.C. Bar No. 932178)
   (202) 344-4819
   dewilsonjr@venable.com
VENABLE LLP
   575 7th Street, N.W.
   Washington, D.C. 20004-1601

May 30, 2008                                *Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 30th Day of May 2008, Plaintiffs' Motion To Convert Its Motion for a Temporary Restraining Order and/or a Preliminary Injunction to a Motion for Summary Judgment was served by the Court's ECF filing system on the following:

> Claire Whitaker
> Assistant United States Attorney
> United States Attorneys Office
> Civil Division
> 555 4th Street, N.W., Room E-4204
> Washington, D.C. 20530
> (202) 514-7137
> claire.whitaker@usdoj.gov
>
> Reginald Rowan
> reginald.rowan@usdoj.gov

/s/ Ronald M. Jacobs
Ronald M. Jacobs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

DANIEL F. HO., *et al.*,                )
                                         )
    Plaintiffs,       )
                                         )
    v.                )     Civil Action No. 08-757 (JDB)
                                         )
STUDENT AND EXCHANGE                     )    **ORDER [Proposed]**
VISITOR PROGRAM, *et al.*,               )
                                         )
    Defendants.       )
                                         )

---

## <u>ORDER</u>

Upon consideration of Plaintiff's Motion To Convert Its Motion for a Temporary

Restraining Order and/or a Preliminary Injunction to a Motion for Summary Judgment,

and for good cause shown, it is hereby:

**ORDERED** that Plaintiffs' Motion for a Temporary Restraining order and/or a

Preliminary Injunction is to be treated as Plaintiff's Cross-Motion for Summary

Judgment;

**ORDERED** that the Memorandum in Support of Plaintiffs' Motion for Temporary

Restraining Order and/or a Preliminary Injunction shall serve as Memorandum in Support

of Plaintiffs' Cross-Motion for Summary Judgment; and it is further:

**ORDERED** that Defendants shall file a final Reply Brief in this matter on June 9, 2008.

_____
John D. Bates
United States District Judge