UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL F. HO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0757 (JDB) |
| | ) | |
| STUDENT AND EXCHANGE VISITOR PROGRAM, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DEFENDANT'S RESPONSE TO MINUTE ORDER
OF AUGUST 14, 2008, AND MOTION TO STAY PROCEEDINGS

I. Response to August 14, 2008, Order.

By minute order dated August 14, 2008, the Court granted Plaintiffs' motion to supplement the administrative record and ordered Defendants to either "provide the court with the documents that plaintiffs claim should be included as part of the administrative record or, to the extent that the Court is already in possession of those documents, a list of the documents that should be part of that record."  The Court also noted that it "will determine at a later date whether those documents should properly be considered a part of the official administration records." Minute Order of August 14, 2008.

Although Defendants continue to object to the augmentation of the record before the Court, and recognize that the Court has not yet determined whether it will consider these records as part of the official administrative record in this case, Defendants note that the following documents are identified by reference in Plaintiffs' Motion to Supplement the Record as Exhibits B, C, and E through J to Plaintiffs' Motion for a Temporary Restraining Order and/or

Preliminary Injunction (Docket Entry # 3). Docket Entry # 8. These records, and others which were submitted by Fay Avery, are considered by Defendants to be part of the ongoing NOIW proceeding, which is neither before the Court for review in this case, nor challenged by Plaintiffs. Docket Entry # 8 (Plaintiff's Memorandum in Support of Motion to Supplement Record, p. 4), *see* Document. 6 of 9. In any event, should the Court determine that the above-listed records will be considered, they are only relevant, according to Plaintiffs, for review of "SEVP's decision not to change the PDSO to Roy or Daniel Ho when requested to do so." *Id.* at pp. 3-4. Please note that Defendants have maintained that no decision was made to Plaintiffs' request to change the PDSO to Daniel Ho [Docket Entry # 5, A.R. 42]; however, this issue is clearly moot as Daniel Ho is now the PDSO for UNVA after UNVA's head of school, James Dillard, requested Daniel Ho's appointment. *See* Docket Entry # 16 (Fourth Declaration of Diane Currie), ¶ 7. In addition, should the Court consider these records as part of an administrative record relevant to Plaintiffs' earlier request, Defendants urge the Court to permit Defendants to compile a new administrative record that would also include Fay Avery's submission.

II. Motion to Stay Proceedings.

"A trial court has **broad discretion** to stay all proceedings in an action pending the resolution of independent proceedings elsewhere." *See Hisler v. Galaudet Univ.*, 344 F.Supp.2d 29, 35 (D.D.C. 2004) (*citing Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)) (emphasis added). It is "inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n. 6 (1948) (*quoting Landis*, 299 U.S. at 254-55); *see also United States v. Western Elec. Co., Inc.*, 46 F.3d 1198, 1207 n. 7 (D.C. Cir. 1995) (holding that "a trial

court has inherent power to control the sequence in which it hears matters on its calendar") (internal citations omitted). Because Defendants' motion to dismiss as moot may resolve the entire Complaint, Defendants urge this Court to stay all other proceedings in this case while it considers Defendants' mootness motion. *Chavous v. District of Columbia Financial Responsibility and Management*, 201 F.R.D. 1, 5 (D.D.C. 2001) (holding entry of an order staying discovery pending determination of a dispositive motion is an appropriate exercise of the court's discretion).

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR , D.C. Bar # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        /s/
        CLAIRE WHITAKER, D.C. Bar # 354530
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W., Room E-4204
        Washington, D.C. 20530
        (202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL F. HO, <u>et al.</u>,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   C.A. No. 08-757 (JDB) |
| | ) |
| **STUDENT EXCHANGE VISITOR** | ) |
| **PROGRAM, <u>et al</u>.** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## **ORDER**

Upon consideration of Defendants' Motion to Stay Proceedings, the opposition and reply thereto, and a review of the entire record in this case, it is this _____ day of _____, 2008

ORDERED, that said motion is granted.  Proceedings in this case are stayed pending further order of this Court.

_____
UNITED STATES DISTRICT JUDGE